In re ARMSTRONG'S WILL. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) In the matter of the probate of the last will and testament of Harriette C. Armstrong, deceased.

PER CURIAM. Decree of Surrogate's Court reversed, upon questions of fact, with costs to appellant to abide event, payable out of the estate, and a trial of the following issues of fact directed to be had, as provided by section 2588 of the Code of Civil Procedure, by and before a jury of the Supreme Court at a Trial Term thereof to be convened at Geneseo, in and for the county of Livingston, on the first Monday in May, 1910, to wit: (1) Was the execution of the alleged will of Harriette C. Armstrong, bearing date January 2, 1902, procured by fraud or deceit practiced upon her? (2) Was the execution of said alleged will procured by undue influence practiced upon her? (3) Was the execution of the codicil to said alleged will procured by fraud or deceit practiced upon said Harriette C. Armstrong? (4) Was the execution of the codicil to said alleged will procured by undue influence practiced upon her?

WILLIAMS, J., dissents, and votes for affirmance.

---

ARNOLD, Respondent, v. VILLAGE OF NORTH TARRYTOWN, Appellant. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by Julia F. Arnold against the Village of North Tarrytown. No opinion. Motion for leave to appeal to the Court of Appeals granted. See, also, 122 N. Y. Supp. 92.

---

ASSETS REALIZATION CO., Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by the Assets Realization Company against Cornelia A. Clark and others. No opinion. Judgment affirmed, with costs.

---

ATCHISON, Appellant, v. CONEY ISLAND & B. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Alexander G. Atchison against the Coney Island & Brooklyn Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the questions of defendant's negligence and plaintiff's freedom from contributory negligence were questions of fact for the jury.

CARR, J., not voting.

---

BACKER, Respondent, v. WILSON, Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Henry Backer, an infant, etc., against William B. Wilson. W. R. Wilder, for appellant. E. Hymes, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with

costs to appellant to abide event, upon the ground that the verdict is against the weight of evidence. Order filed.

---

BALLENSTEDT, Respondent, v. RIDDLE, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by W. Herman Ballenstedt against Charles F. Riddle. No opinion. Judgment and order unanimously affirmed, with costs.

---

BANK OF MONTREAL v. UNITED STATES BANKING CO. et al. Appeal of DEAN. (Supreme Court, Appellate Division, First Department, June 24, 1910.) Action by the Bank of Montreal against the United States Banking Co. and another; Robert L. Dean, appealing. F. Seymour, for appellant. J. A. Garver, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

BANK OF MONTREAL v. UNITED STATES BANKING CO. et al. Appeal of RIDDLE. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by the Bank of Montreal against the United States Banking Co. and another; Maxwell Riddle, appealing. F. Seymour, for appellant. J. A. Garver, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

BANNISTER, Respondent, v. WEST END BREWING CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Mary Bannister against the West End Brewing Company. No opinion. Judgment unanimously affirmed, with costs.

---

BARKLEY, Respondent, v. HERBERT, Appellant. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by John Barkley against Frederick W. Herbert. No opinion. Motion granted by default. See, also, 121 N. Y. Supp. 1124.

---

BARR et al. v. SCHUBERT et al. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Stewart Barr and others against Charles A. Schubert and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

BARRETT, Appellant, v. MACK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) Action by Nelson T. Barrett, as receiver, etc., against William G. Mack and another. No opinion. Judgment (64 Misc. Rep. 333, 118 N. Y. Supp. 538) affirmed, with costs.

---

BARRY, Appellant, v. WOOLVERTON, Respondent. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by Elizabeth Barry, as administratrix, against William H. Woolverton. A. K. Wing, for ap-